Paula D. Pearlman (SBN: 109038)
Paula.Pearlman@lls.edu
Rebecca Craemer (SBN: 274276)
Rebecca.craemer@lls.edu
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa St., Suite 1120
Los Angeles, California 90017
Tel: (213) 736-1496 • Fax: (213) 736-1428

Attorneys for Plaintiffs RUTHEE GOLDKORN, ALFRED CHICHESTER, MICHAEL FLIPPIN, KIMBERLY WILDER, and JOHN LONBERG

**JS-6**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

RUTHEE GOLDKORN, ALFRED CHICHESTER, MICHAEL FLIPPIN, KIMBERLY WILDER, and JOHN LONBERG, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

COUNTY OF SAN BERNARDINO, a public entity; SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO, a public entity; STEPHEN NASH, Court Executive Officer, Superior Court of California, County of San Bernardino, an individual, in his official and individual capacities; and DOES 1-10, inclusive,

Defendants.

CASE NO. 06-CV-00707 VAP (OPx)

**Judgment**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment shall be, and hereby is, entered in this Action pursuant to this Court's February 13, 2012 Order Granting Final Approval Of Class Action Settlement, the terms of which are incorporated into this Judgment. The parties are ordered to perform their respective obligations under the Settlement Agreement.

2. Attorneys' fees and costs shall be paid pursuant to this Court's February 13, 2012 Order Granting Award Of Attorneys' Fees And Costs, the terms of which are incorporated into this Judgment.

3. Plaintiffs Ruthee Goldkorn, John Lonberg, Kimberly Wilder and Alfred Chichester, as well as the class comprised of all litigants, attorneys, witnesses, jurors, and other public users of the courthouse facilities of San Bernardino County, with mobility, and/or manual dexterity disabilities who have used or will use courthouse facilities of the Superior Court of California, County of San Bernardino during the Class Period, as defined in the Settlement Agreement in this Action, are permanently enjoined from asserting any claims to be released by the Settlement Agreement, as set forth in Section L of the Settlement Agreement, a copy of which is attached as Exhibit "A."

4. The Court shall retain continuing jurisdiction over the Parties and this Action for purposes of implementing, enforcing and administering its Judgment and the Settlement Agreement in this Action.

5. This matter is otherwise dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 5, 2012

Virginia A. Phillips
United States District Court Judge



# EXHIBIT "A"

## CLASS RELEASE PROVISIONS

### L. Release Provisions.

1. Conditioned upon satisfaction of all terms and conditions of this Agreement, and in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Named Plaintiffs, on behalf of the Plaintiff Class, and for their respective heirs, assigns, executors, administrators, and agents, past and present (collectively the "Class Releasors"), hereby fully and without limitation release, covenant not to sue, and forever discharge the County of San Bernardino, the State of California, the Judicial Council of California, the Administrative Office of the Courts, the Superior Court of California, County of San Bernardino, Stephen Nash, and their respective affiliates, trustees, directors, officers, employees, representatives, consultants, insurance carriers, attorneys, assigns, executors, administrators, and agents, past and present, (collectively, with the County and the Superior Court the "Releasees"), both individually and collectively, from any and all rights, claims, demands, liabilities, actions and causes of action for injunctive, declaratory or other equitable relief, as well as for associated attorneys' fees, costs and expenses, of whatever nature whatsoever, known or unknown, fixed or contingent, suspected or unsuspected, that all or any of the Class Releasors now have, or may ever have, against any or all of the Releasees, that occurred during the Class Period and that arise out of or in any way relate to: (a) the claims and allegations asserted in the Federal Action; and (b) the claims and allegations asserted in the State Action.

2. The Named Plaintiffs acknowledge on behalf of the Class Releasors that they are aware of and familiar with the provisions of Section 1542 of the California Civil Code, which provides as follows:

> *"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."*

With full awareness and understanding of the above provision, the Named Plaintiffs on behalf of the Class Releasors hereby waive and relinquish any and all rights and benefits that they may have under Section 1542 of the California Civil Code, or the law of any other state or jurisdiction, or common law principle, to the same or similar effect.

3. Conditioned upon satisfaction of all terms and conditions of this Agreement, and in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Named Plaintiffs, on their own behalf, and on behalf of their respective heirs, assigns, executors, administrators, and agents, past and present (collectively, the "Named Plaintiffs Releasors"), hereby fully and without limitation release, covenant not to sue, and forever discharge the Releasees, both individually and collectively, from any and all rights, claims, demands, liabilities, actions and causes of action (whether in law or in equity, or whether contractual, common law, statutory, federal, state or otherwise), suits, grievances, damages, penalties, losses, attorneys' fees, costs and expenses, of whatever nature whatsoever, that the Named Plaintiffs Releasors, or any of them now have, or may ever have, against any or all of the Releasees that occurred prior to or during the Class Period and that arise out of or in any way relate to: (a) the claims and allegations asserted in the Federal Action; (b) the claims and allegations asserted in the State Action; (c) any claim or allegation that any of the Subject Courthouses is in any way inaccessible in violation of the ADA or any other Accessibility Law; (d) any claim or allegation that the services, programs and activities conducted in any of the Subject Courthouses is in any way inaccessible in violation of the ADA or any other Accessibility Law; and (e) any acts or omissions by any of the Releasees with respect to accessibility of any of the Subject Courthouses occurring prior to or during the Class Period.

4. The Named Plaintiffs Releasors acknowledge on their own behalf that they are aware of and familiar with the provisions of Section 1542 of the California Civil Code, which provides as follows:

> *"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."*

With full awareness and understanding of the above provision, the Named Plaintiffs Releasors hereby waive and relinquish any and all rights and benefits that they may have under Section 1542 of the California Civil Code, or the law of any other state or jurisdiction, or common law principle, to the same or similar effect.